1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KING OF THAI NOODLE #2 INC., a California corporation; LAW SZE CHING; and CHAN WEI YUNG<br><br>Defendants. | CASE NO. CV-08-1877-WHA<br><br>RETURN OF SERVICE RE DEFENDANTS KING OF THAI NOODLE #2 INC., a California corporation; LAW SZE CHING; and CHAN WEI YUNG |

| | |
|---|---|
| *Attorney or Party without Attorney*<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>*Telephone No* 415-674-8600   *FAX No* 415-674-9900 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>KING OF THAI NOODLE #2 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* CRAIG YATES, et al.
*Defendant:* KING OF THAI NOODLE #2 INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 1877 WHA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL CASE COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III, SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED APRIL 21, 2008.

3. a. *Party served:* KING OF THAI NOODLE #2 INC., a California corporation
   b. *Person served:* SARANYA CHAICHANA, AGENT FOR SERVICE

4. *Address where the party was served:* 346 CLEMENT STREET
   SAN FRANCISCO, CA 94118

5. *I served the party*
   b. **by substituted service.** On Fri., Apr 25, 2008 at: 10:30AM by leaving the copies with or in the presence of
       Y. WHITE,, Asian, Female, 35 Years Old, Brown Hair, Brown Eyes, 5 Feet 4 Inches, 135 Pounds
       (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served I informed him or her of the general nature of the papers.
       (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: KING OF THAI NOODLE #2 INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER
   
   **First Legal Support Services**
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) *Registration No:*   190
       (iii) *County:*   Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Mon, Apr. 28, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(DOUG SCHROEDER)
6415043.thofi-fg.129986

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414 THE FRANKOVICH GROUP 2806 VAN NESS AVE. SAN FRANCISCO, CA 94109 Telephone No 415-674-8600    FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref No or File No KING OF THAI NOODLE #2 |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | |
| Plaintiff: CRAIG YATES, et al. | |
| Defendant: KING OF THAI NOODLE #2 INC., et al. | |

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div | Case Number: CV 08 1877 WHA |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action  I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, CIVIL CASE COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED APRIL 21, 2008.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows

   a. Date of Mailing:        Fri., Apr. 25, 2008
   b. Place of Mailing:       SAN FRANCISCO, CA  94103
   c. Addressed as follows:   KING OF THAI NOODLE #2 INC., a California corporation
                              346 CLEMENT STREET
                              SAN FRANCISCO, CA  94118

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri , Apr. 25, 2008 in the ordinary course of business.

5. Person Serving:                                        Recoverable Cost Per CCP 1033 5(a)(4)(B)
   a. AARON DANIEL                                        d. The Fee for Service was
   b. FIRST LEGAL SUPPORT SERVICES                        e. I am: (3) registered California process server
      1138 HOWARD STREET                                     (i)   Independent Contractor
      SAN FRANCISCO, CA  94103                               (ii)  Registration No.:  2008-0001044
   c. 415-626-3111                                           (iii) County:            San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Apr. 28, 2008

| Judicial Council Form POS-010 Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE By Mail | (AARON DANIEL) 6415043.thofr-fg.129986 |
|---|---|---|

| Attorney or Party without Attorney | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>KING OF THAI NOODLE #2 | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al. | | |
| Defendant: KING OF THAI NOODLE #2 INC., et al. | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1877 WHA |

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL CASE COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III, SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED APRIL 21, 2008

3. a. Party served:      LAW SZE CHING

4. Address where the party was served:   1460 HILLCREST BOULEVARD
   MILLBRAE, CA 94030

5. I served the party:
   b. by substituted service. On: Mon., May. 05, 2008 at: 6:08AM by leaving the copies with or in the presence of:
   ALBERT TRAN, CO-TENANT
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS                                 d. The Fee for Service was:
                                                   e. I am: (3) registered California process server
   First Legal Support Services                       (i)   Owner
   ATTORNEY SERVICES                                  (ii)  Registration No.:   984
   1511 BEVERLY BOULEVARD                             (iii) County              Santa Clara
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, May. 08, 2008

   Judicial Council Form POS-010                PROOF OF SERVICE                  (ELLENOR RIOS)
   Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                              8415044.thofr-fg.131623

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600    FAX No: 415-674-9900 | Ref. No or File No.:<br>KING OF THAI NOODLE #2 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al. | | |
| Defendant: KING OF THAI NOODLE #2 INC., et al. | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1877 WHA |
|---|---|---|---|---|

1. I, ELLENOR RIOS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LAW SZE CHING as follows:

2. Documents: Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Case Cover Sheet; Welcome To The U.S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Supplemental Order To Order Setting Initial Case Management Conference In Civil Cases Before Judge William Alsup; Ecf Registration Information Handout; Letter Dated April 21, 2008..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 04/26/08 | 5:04pm | Home | NO ANSWER. NO CARS. Attempt made by: ELLENOR RIOS. Attempt at 1460 HILLCREST BOULEVARD MILLBRAE CA 94030. |
| Mon | 04/28/08 | 9:57am | Home | NO ANSWER. NO CARS. Attempt made by: ELLENOR RIOS. Attempt at 1460 HILLCREST BOULEVARD MILLBRAE CA 94030 |
| Sat | 05/03/08 | 7:49pm | Home | NO ANSWER. NO LIGHTS. NO ACTIVITY. Attempt made by ELLENOR RIOS. Attempt at 1460 HILLCREST BOULEVARD MILLBRAE CA 94030. |
| Mon | 05/05/08 | 6:08am | Home | Substituted Service on LAW SZE CHING Home - 1460 HILLCREST BOULEVARD MILLBRAE, CA. 94030 by Serving: PARTY IN ITEM 3 A Competent Member of the Household over 18 by leaving a copy of the document(s) with: ALBERT TRAN, CO-TENANT. Served by: ELLENOR RIOS |
| Thu | 05/08/08 | | | Mailed copy of Documents to: LAW SZE CHING |

3. Person Executing
   a. ELLENOR RIOS
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am (3) registered California process server
      (i) Employee
      (ii) Registration No.: 984
      (iii) County: Santa Clara

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref No or File No.: KING OF THAI NOODLE #2 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al
Defendant: KING OF THAI NOODLE #2 INC, et al

| PROOF OF SERVICE<br>By Mail | Hearing Date | Time: | Dept/Div. | Case Number:<br>CV 08 1877 WHA |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL CASE COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED APRIL 21, 2008.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Thu., May. 08, 2008
   b. Place of Mailing: SAN FRANCISCO, CA 94103
   c. Addressed as follows: LAW SZE CHING
      1460 HILLCREST BOULEVARD
      MILLBRAE, CA 94030

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., May. 08, 2008 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2008-0001044
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, May. 08, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

AARON DANIEL
6415646.thdff-sfg.131623

| Attorney or Party without Attorney | | For Court Use Only |
|---|---|---|
| THOMAS E FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | | |
| Attorney for: Plaintiff | Ref. No. or File No<br>KING OF THAI NOODLE #2 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al | | |
| Defendant: KING OF THAI NOODLE #2 INC., et al. | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date | Time. | Dept/Div | Case Number:<br>CV 08 1877 WHA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL CASE COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP, ECF REGISTRATION INFORMATION HANDOUT, LETTER DATED APRIL 21, 2008.

3. a. Party served              CHAN WEI YUNG

4. Address where the party was served.    1460 HILLCREST BOULEVARD
                                          MILLBRAE, CA 94030

5. I served the party.
   b. by substituted service. On: Mon, May. 05, 2008 at: 6:08AM by leaving the copies with or in the presence of:
      ALBERT TRAN, CO-TENANT
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a as an individual defendant

7. Person Who Served Papers:                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS                          d  The Fee for Service was:
                                            e  I am: (3) registered California process server
   First Legal Support Services                 (i)   Owner
   ATTORNEY SERVICES                            (ii)  Registration No.    984
   1511 BEVERLY BOULEVARD                       (iii) County              Santa Clara
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, May 08, 2008

Judicial Council Form POS-010          PROOF OF SERVICE           (ELLENOR RIOS)
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                      6415045.thofi-fg.131618

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600  FAX No 415-674-9900 | Ref No or File No<br>KING OF THAI NOODLE #2 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al | | |
| Defendant: KING OF THAI NOODLE #2 INC., et al | | |
| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date:  Time:  Dept/Div: | Case Number:<br>CV 08 1877 WHA |

1. I, ELLENOR RIOS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CHAN WEI YUNG as follows:

2. Documents: Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Case Cover Sheet; Welcome To The U.S. District Court; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Supplemental Order To Order Setting Initial Case Management Conference In Civil Cases Before Judge William Alsup; Ecf Registration Information Handout; Letter Dated April 21, 2008..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 04/26/08 | 5:04pm | Home | NO ANSWER. NO CARS. Attempt made by: ELLENOR RIOS. Attempt at 1460 HILLCREST BOULEVARD MILLBRAE CA 94030 |
| Mon | 04/28/08 | 9:57am | Home | NO ANSWER. NO CARS. Attempt made by: ELLENOR RIOS. Attempt at 1460 HILLCREST BOULEVARD MILLBRAE CA 94030 |
| Sat | 05/03/08 | 7:49pm | Home | NO ANSWER. NO LIGHTS. NO ACTIVITY. Attempt made by: ELLENOR RIOS. Attempt at 1460 HILLCREST BOULEVARD MILLBRAE CA 94030. |
| Mon | 05/05/08 | 6:08am | Home | Substituted Service on: CHAN WEI YUNG Home - 1460 HILLCREST BOULEVARD MILLBRAE, CA. 94030 by Serving: PARTY IN ITEM 3 A Competent Member of the Household over 18 by leaving a copy of the document(s) with: ALBERT TRAN, CO-TENANT. Served by: ELLENOR RIOS |
| Thu | 05/08/08 | | | Mailed copy of Documents to: CHAN WEI YUNG |

3. Person Executing
   a. ELLENOR RIOS
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No: 984
      (iii) County: Santa Clara

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct

| Attorney or Party without Attorney | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | | | | |
| Attorney for: Plaintiff | | | Ref No or File No.:<br>KING OF THAI NOODLE #2 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | |
| Defendant: KING OF THAI NOODLE #2 INC., et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1877 WHA |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, CIVIL CASE COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III, SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP, ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED APRIL 21, 2008.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:       Thu., May. 08, 2008
   b. Place of Mailing:      SAN FRANCISCO, CA 94103
   c. Addressed as follows:  CHAN WEI YUNG
                             1460 HILLCREST BOULEVARD
                             MILLBRAE, CA 94030

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., May. 08, 2008 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No: 2008-0001044
      (iii) County:          San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, May. 08, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(AARON DANIEL)