1  LAW OFFICES OF JANET BRAYER
2  JANET BRAYER (SBN 117397)
   20 California Street,   Suite 201
3  San Francisco, California 94111
   Telephone:  (415) 445-9555
4  Facsimile:  (415) 445-9541

5  Attorney for Defendant
   KING OF THAI NOODLE #2, INC.,
6  A California Corporation

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES-HELPING YOU HELP OTHERS, a California public benefit corporation, | Case No. 08-1877-WHA **STIPULATION AND ORDER RE: EXTENSION TO FILE RESPONSIVE PLEADING** |

13              Plaintiffs,

14       vs.

15  KING OF THAI NOODLE #2, INC., a California
    corporation; LAW SZE CHING; and CHAN WEI
16  YUNG,

17              Defendants.

18

19

20       IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendant

21  King of Thai Noodle #2, Inc.,  that an extension has been granted  to June 25, 2008 to file a

22  responsive pleading.

23
24  Date: June 5, 2008                By _____
                                         JANET BRAYER, ESQ.
25                                       Attorney for Defendant
                                         KING OF THAI NOODLE #2

26  Date: June 9, 2008                By _____
27                                       THOMAS FRANKOVICH, ESQ.
                                         Attorneys for Plaintiff
28                                       CRAIG YATES, et al.

-1-

STIPULATION AND ORDER RE: EXTENSION TO FILE RESPONSIVE PLEADING; ORDER

1

## **ORDER**

2

3        On the stipulation and agreement of the parties,

4        IT IS ORDERED that the Plaintiff's responsive pleading shall  will be filed and served no

5    later than June 25, 2008

6

7    DATED:_____

8

9

10

12                                                    _____

13                                                    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE: EXTENSION TO FILE RESPONSIVE PLEADING; ORDER