1  LAW OFFICES OF JANET BRAYER
   JANET BRAYER (SBN 117397)
2  20 California Street, Suite 201
   San Francisco, California 94111
3  Telephone: (415) 445-9555
   Facsimile: (415) 445-9541
4

5  Attorney for Defendant
   KING OF THAI NOODLE #2, INC.,
6  A California Corporation

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10 CRAIG YATES, an individual; and            Case No. 08-1877-WHA
   DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION, SERVICES-HELPING YOU            STIPULATION AND ORDER RE:
12 HELP OTHERS, a California public benefit   EXTENSION TO FILE RESPONSIVE
   corporation,                               PLEADING
13              Plaintiffs,

14      vs.

15 KING OF THAI NOODLE #2, INC., a California
   corporation; LAW SZE CHING; and CHAN WEI
16 YUNG,

17              Defendants.

18

19

20      IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendant

21 King of Thai Noodle #2, Inc., that an extension has been granted to June 25, 2008 to file a

22 responsive pleading.
23
   Date: June 5, 2008                    By _____
24                                           JANET BRAYER, ESQ.
                                             Attorney for Defendant
25                                           KING OF THAI NOODLE #2

26 Date: June 9, 2008                    By _____
27                                           THOMAS FRANKOVICH, ESQ.
                                             Attorneys for Plaintiff
28                                           CRAIG YATES, et al.

## ORDER

On the stipulation and agreement of the parties,

IT IS ORDERED that the Plaintiff's responsive pleading shall will be filed and served no later than June 25, 2008

DATED: June 12, 2008.



_____
United States District Judge

STIPULATION AND ORDER RE: EXTENSION TO FILE RESPONSIVE PLEADING; ORDER