1  LAW OFFICES OF JANET BRAYER
   JANET BRAYER (SBN 117397)
2  20 California Street,   Suite 201
   San Francisco, California 94111
3  Telephone:  (415) 445-9555
   Complaintsimile:  (415) 445-9541
4

5  Attorney for Defendant
   KING OF THAI NOODLE #2, INC.,
6  A California Corporation

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

12  CRAIG YATES, an individual; and              Case No. 08-1877-WHA
    DISABILITY RIGHTS ENFORCEMENT,
13  EDUCATION, SERVICES-HELPING YOU              **DECLINATION TO PROCEED BEFORE A**
    HELP OTHERS, a California public benefit      **MAGISTRATE JUDGE**
14  corporation,                                           **AND**
                                                 **REQUEST FOR REASSIGNMENT TO A**
                        Plaintiffss,             **UNITED STATES DISTRICT JUDGE**
15

          vs.
16

17  KING OF THAI NOODLE #2, INC., a California
    corporation; LAW SZE CHING; and CHAN WEI
    YUNG,
18

                        Defendant.
19

20

21  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

22          The undersigned party hereby declines to consent to the assignment of this case to a United

23  States Magistrate for trial and disposition and hereby requests the reassignment of this case to a

24  United States District Judge.

25  Dated: June 26, 2008

                                                 LAW OFFICES OF JANET BRAYER
26
                                    By:    /S/   Janet Brayer_____
27                                         JANET BRAYER
                                           Attorneys for Defendant
28                                         KING OF THAI NOODLE #2
                                         -1-
    DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE

    C 08-1877-WHA

1
2
3
4
5
6
7
8
9
10
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE

C 08-1877-WHA