LAW OFFICES OF JANET BRAYER
JANET BRAYER (SBN 117397)
20 California Street,   Suite 201
San Francisco, California 94111
Telephone:  (415) 445-9555
Complaintsimile:  (415) 445-9541

Attorney for Defendant
KING OF THAI NOODLE #2, INC.,
A California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES-HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffss,<br><br>    vs.<br><br>KING OF THAI NOODLE #2, INC., a California corporation; LAW SZE CHING; and CHAN WEI YUNG,<br><br>            Defendant. | Case No. 08-1877-WHA<br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 26, 2008

                                             LAW OFFICES OF JANET BRAYER


                              By:    /S/   Janet Brayer_____
                                    JANET BRAYER
                                    Attorneys for Defendant
                                    KING OF THAI NOODLE #2

1
2
3
4
5
6
7
8
9
10
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

C 08-1877-WHA