1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
2 | THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
3 | 4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
4 | Telephone:    415/674-8600
Facsimile:    415/674-9900
5 |
6 | Attorneys for Plaintiffs
CRAIG YATES
7 | and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
8 | HELP OTHERS

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, | **CASE NO. CV-08-1877-WHA** **NOTICE OF CHANGE OF FIRM ADDRESS** |
| Plaintiffs, | |
| v. | |
| KING OF THAI NOODLE #2 INC., a California corporation; LAW SZE CHING; and CHAN WEI YUNG | |
| Defendants. | |

**TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

///

///

///

///

///

///

///

///

NOTICE OF CHANGE OF FIRM ADDRESS    1

1 | PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the following:

**4328 Redwood Hwy, Suite 300**

**San Rafael, California, 94903**

The telephone number and fax number remain the same.

Dated: August 28, 2008                    THOMAS E. FRANKOVICH
                                          *A PROFESSIONAL LAW CORPORATION*


                                          By: _____/S/_____
                                              THOMAS E. FRANKOVICH
                                              Attorneys for Plaintiffs