THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>KING OF THAI NOODLE #2 INC., a California corporation; LAW SZE CHING; and CHAN WEI YUNG<br><br>_____Defendants,<br>_____ | CASE NO. CV-08-1877-WHA<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2 their designated counsel that the above-captioned action be and hereby is dismissed with

3 prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4    This stipulation may be executed in counterparts, all of which together shall constitute

5 one original document.

6

7 Dated: December 16, 2008                THOMAS E. FRANKOVICH,
                                         *A PROFESSIONAL LAW CORPORATION*
8

9                                        By: _____/s/_____
                                              Thomas E. Frankovich
10                                       Attorneys for Plaintiffs CRAIG YATES and
                                         DISABILITY RIGHTS ENFORCEMENT,
11                                       EDUCATION SERVICES

12

13 Dated: December 16, 2008               JANET BRAYER,
                                         LAW OFFICES OF JANET BRAYER
14

15                                       By: _____/s/_____
                                              Janet Brayer
16                                       Attorneys for Defendants KING OF THAI
                                         NOODLE #2, INC.

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Dated: December 16, 2008

JETHRO S. BUSCH,
STEVEN ADAIR MAC DONALD &
ASSOCIATES, P.C.


By: _____/s/_____
        Jethro S. Busch
Attorneys for Defendants SZE CHING LAW, and
WEI YUNG CHAN (sued as LAW SZE CHING;
and CHAN WEI YUNG)


## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.


DATED: ___December 17___, 2008

IT IS SO ORDERED
AS MODIFIED
Judge William Alsup

_____
Honorable William Alsup
United States District Judge


The Court shall retain jurisdiction over this matter for one year only.